UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JARED DAVIS, | |
| Plaintiff, | Case No. 3:23-cv-05836-TMC |
| v. | ORDER |
| BRIDGET GLASSPOLE, | |
| Defendants. | |

This matter comes before the Court on plaintiff's filing of an amended complaint. Dkt. 4. On October 23, 2023 the Court informed plaintiff that it would not serve the proposed complaint due to the identified deficiencies but allowed plaintiff until November 6, 2023 to show cause why his complaint should not be dismissed – or file an amended complaint. Dkt. 3. On November 15, 2023, plaintiff filed an amended complaint. Dkt. 4. Plaintiff has not cured the deficiencies but rather explains the hardships he is facing and requests the Court to grant his application to proceed *in forma pauperis* (IFP). The Court construes plaintiff's request as a motion to extend the Order to Show Cause deadline.

Plaintiff states that he has been facing financial difficulty that has made it challenging for him to file paperwork at the courthouse. Dkt. 4 at 16-18. Accordingly, the Court finds good cause to GRANT plaintiff an extension to file an amended complaint. Yet, if plaintiff does not file an amended complaint in accordance with the Order to

ORDER - 1

Show Cause (Dkt. 3.) by December 15, 2023, the Court will recommend that this case be dismissed without prejudice for failure to prosecute. The Clerk is directed to re-note plaintiff's IFP application to December 15, 2023.

Dated this 28th day of November, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 2