UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JARED DAVIS,

              Plaintiff,

   v.

BRIDGET GLASSPOLE, et al.,

             Defendants.

Case No. 3:23-cv-05836-TMC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and orders:

    1.    The Court adopts the Report and Recommendation;

    2.    Plaintiff's action is DISMISSED without prejudice;

    3.    The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 16th day of January, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER - 1